Entered on Docket
October 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed October 22, 2010

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

1  David W. Lively (State Bar No. 83642)
   Jennifer S. Coleman (State Bar No. 213210)
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S. First Street
4  San Jose, CA 95113-2406

5  **mailing address:**
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone: (408) 286-9800
7  Facsimile: (408) 998-4790

8  Attorneys for Creditor John Dariano, Trustee of the
   John Dariano 1992 Trust, Dated November 12, 1992

9           UNITED STATES BANKRUPTCY COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11  In re                                CASE NO. 10-55627 SLJ
12      James M. Liquori Dba Signature   CHAPTER 7
        Properties,
13                                       Adversary Proceeding No. 10-05241
            Debtor.
14  _____

15  JOHN DARIANO, TRUSTEE OF THE
    JOHN DARIANO 1992 TRUST,             **JUDGMENT PURSUANT TO**
16  DATED NOVEMBER 12, 1992,             **STIPULATION**

17          Plaintiff,

18      v.

19  JAMES M. LIQUORI DBA
    SIGNATURE PROPERTIES,
20
            Defendant.
21

22
            IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to stipulation,
23
    Plaintiff John Dariano, Trustee of the John Dariano 1992 Trust, Dated November 12, 1992, has a
24
    final judgment for damages against Defendant and Debtor James M. Liquori, dba Signature
25
    Properties in the amount of $120,000, plus interest at the legal rate beginning on May 1, 2009, and
26
    that, under 11 U.S.C. §523(a), this judgment is excepted from the discharge of Defendant and
27
    Debtor James M. Liquori, dba Signature Properties pursuant to 11 U.S.C. §§ 523(a)(2)(A) (For
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\711578.1

Money Obtained by False Pretenses, False representation and Actual Fraud), 523(a)(2)(B) (For Use of False Statement in Writing), 523(a)(4) (Fraud or Defalcation While Acting as a Fiduciary), 523(a)(4) (Embezzlement) and Constructive and Actual Fraud.

***END OF ORDER***

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 10-05241<br>Northern District of California<br>San Jose<br>Tue Oct 19 09:01:52 PDT 2010 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Jennifer S. Coleman<br>Hopkins and Carley<br>70 S 1st St.<br>San Jose, CA 95113-2406 | John Dariano<br>c/o Hopkins & Carley<br>70 S. First Street<br>San Jose, CA 95113-2406 | James M Liquori<br>1190 S. Bascom Ave. #129<br>San Jose, CA 95128-3512 |
| Secretary of The Treasury<br>15th and Pennsylvania Ave. NW<br>Washington, DC 20220-0001 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Stephen L. Johnson
San Jose

End of Label Matrix
Mailable recipients    8
Bypassed recipients    1
Total                  9