ORIGINAL

Angela L. Cash, Recovery Account Counsel
State Bar #230882
Bureau of Real Estate
P. O. Box 137007
Sacramento, CA 95813-7007
(916) 263-8925

Attorney for Assignee

FILED
JAN 17 2018
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

James M. Liquori Dba Signature Properties,

                              Debtor,

JOHN DARIANO, TRUSTEE OF THE JOHN DARIANO 1992 TRUST, DATED NOVEMBER 12, 1992,

                              Plaintiff,

v.

JAMES M. LIQUORI DBA SIGNATURE PROPERTIES,

                              Defendant.

REAL ESTATE COMMISSIONER OF THE STATE OF CALIFORNIA,

                              Assignee.

CASE NO.: 10-55627 SLJ

CHAPTER 7

Adversary Proceeding No. 10-05241

**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**

(Business and Professions Code Section 10479)

     In consideration of the amount paid to the undersigned from the Consumer Recovery Account of the Real Estate Fund established by the California Bureau of Real Estate ("Recovery Account"), and in accordance with Business and Professions Code Section 10479:

1

JOHN DARIANO, Trustee of the John Dariano 1992 Trust, Dated November 12, 1992 ("Judgment Creditor"), hereby declares the following in support of an ASSIGNMENT OF JUDGMENT:

1. A Judgment was entered by this court on October 22, 2010 in favor of Judgment Creditor.

2. Judgment Creditor was awarded damages against Judgment Debtor JAMES M. LIQUORI, dba SIGNATURE PROPERTIES in the amount of $120,000.00.

3. Judgment Creditor's Judgment has not been renewed since its entry by this Court.

4. The name and addresses of the Judgment Creditor are:

John Dariano, Trustee of the John Dariano
1992 Trust, Dated November 12, 1992
656 Auzerais Ave.
San Jose, CA 95126

John Dariano, Trustee of the John Dariano
1992 Trust, dated November 12, 1992
656 Auzerais Ave., Unit A
San Jose, CA 95126

5. The last known addresses of record of the Judgment Debtor are:

James M. Liquori, individually, and dba
Signature Properties
4113 Ashbrook Cr.
San Jose, CA 95124

James M. Liquori, individually and dba
Signature Properties
1190 S. Bascom Avenue, Suite 129
San Jose, CA 95128

6. Judgment Creditor hereby transfers and assigns all title, rights, ownership and interest in the Judgment to the following Assignee:

Real Estate Commissioner, State of California
Bureau of Real Estate
1651 Exposition Blvd.
P. O. Box 137007
Sacramento, CA 95813-7007

DATED: 3-18-14

*John Dariano* (signature)
JOHN DARIANO, Trustee of the John Dariano
1992 Trust, dated November 12, 1992

2

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

State of California  
County of ___Santa Clara___ }

On __3/18/14__ before me, ___Candice Allen, Notary Public___  
    Date                                         Here Insert Name and Title of the Officer

personally appeared ___John Doriano___  
                                          Name(s) of Signer(s)

,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: ___Candice Allen___  
                                  Signature of Notary Public

CANDICE ALLEN  
Commission # 1948824  
Notary Public - California  
Santa Clara County  
My Comm. Expires Sep 16, 2015

Place Notary Seal Above

———————— OPTIONAL ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**  
Title or Type of Document: _____  
Document Date: _____ Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Individual  
☐ Partner — ☐ Limited ☐ General  
☐ Attorney in Fact  
☐ Trustee  
☐ Guardian or Conservator  
☐ Other: _____  

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER  
Top of thumb here

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Individual  
☐ Partner — ☐ Limited ☐ General  
☐ Attorney in Fact  
☐ Trustee  
☐ Guardian or Conservator  
☐ Other: _____  

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER  
Top of thumb here

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)         Item #5907

Case: 10-05241    Doc# 18    Filed: 01/17/18    Entered: 01/17/18 14:37:13    Page 3 of 3