JAN 17 2018

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Angela L. Cash, Consumer Recovery Account
Counsel (#230882) for the Real Estate Commissioner
of the State of California - Bureau of Real Estate,
Consumer Recovery Account Unit
PO Box 137007, Sacramento, CA 95813-7007
TEL NO.: (916) 263-8925    FAX NO. (optional): (916) 263-3760
E-MAIL ADDRESS *(Optional):*

| ATTORNEY FOR | JUDGMENT CREDITOR | X ASSIGNEE OF RECORD |

**FILED**

JAN 1 8 2018

United States Bankruptcy Court
San Jose, California

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US Bankruptcy Court
STREET ADDRESS: 280 South First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District of California

*FOR RECORDER'S USE ONLY*

PLAINTIFF: John Dariano, Trustee of the John Dariano 1992 Trust
DEFENDANT: James M. Liquori, individually and dba Signature Properties

| CASE NUMBER: |
| 10-55627 SLJ / AP No. 10-05241 |

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**     ☐ Amended

*FOR COURT USE ONLY*

1. The ☐ judgment creditor   ☒ assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
       James M. Liquori, individually and dba
       Signature Properties
       4113 Ashbrook Cr, San Jose, CA 95124
       (see "Attachment" for additional address)

   b.  Driver's license no. [last 4 digits] and state:      ☒ Unknown
   c.  Social security no. [last 4 digits]:   1860       ☐ Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

       James M. Liquori, Individually and dba Signature Properties, 4113 Ashbrook Cr., San Jose, CA 95124

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Real Estate Commissioner, State of California
   P.O. Box 137007
   Sacramento, CA 95813-7007
   Date: 1/2/18
   Angela L. Cash

   _____
   (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☒ Original abstract recorded in this county:
   Santa Clara
   a.  Date:  11/05/2010
   b.  Instrument No.:  20946325

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
    $ 120,000.00
7.  All judgment creditors and debtors are listed on this abstract.
8.  a.  Judgment entered on *(date):* 10/22/2010
    b.  Renewal entered on *(date):*
9.  ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
JAN 18 2018

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       *(date):*

12. a. ☒ I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

    Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

UNITED STATES BANKRUPTCY COURT · NORTHERN DISTRICT OF ... CALIFORNIA

| PLAINTIFF: John Dariano, Trustee of the John Dariano 1992 Trust | COURT CASE NO.: |
|---|---|
| DEFENDANT: James M. Liquori, individually and dba Signature Properties | 10-55627 SLJ / AP No. 10-05241 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Case: 10-05241    Doc# 19    Filed: 01/18/18    Entered: 01/18/18 12:17:45    Page 2 of 3

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Dariano vs. Liquori | 10-55627 SLJ / AP No. 10-05241 |

**ATTACHMENT** *(Number):* 1a.

*(This Attachment may be used with any Judicial Council form.)*


"Judgment Debtor" - additional address:


1a.    James M. Liquori
       1190 S. Bascom Ave., Ste. 129
       San Jose, CA 95128


*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

*www.courtinfo.ca.gov*